IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARVEY M. ABERNATHY; JULIE D. ) <br> ABERNATHY; STATE OF CALIFORNIA ) <br> EMPLOYMENT DEVELOPMENT ) <br> DEPARTMENT; LIVINGSTON & ) <br> MATTESICH LAW CORP.; SUPERIOR ) <br> ELECTRIC SUPPLY CO. a division of ) <br> ROSE ELECTRIC SUPPLY, INC.; ) <br> COLORADO COMPENSATION ) <br> INSURANCE AUTHORITY AKA ) <br> PINNACOL ASSURANCE; and SAN ) <br> JOAQUIN COUNTY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-00590-KJM-DAD <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO SERVE DEFENDANT SUPERIOR ELECTRIC SUPPLY CO. a division of ROSE ELECTRIC SUPPLY, INC. BY SERVICE UPON THE CALIFORNIA SECRETARY OF STATE** |

Having considered the United States' Ex-Parte Application to Serve Superior Electric

Supply Co. a division of Rose Electric Supply, Inc. by serving the California Secretary of State,

1. as good cause being shown and having determined that the application satisfies the conditions for
2. service of process on the Secretary of State set forth in California Corporations Code § 1702(a),
3. it is ORDERED that the United States has to and through July 24, 2013 to serve Superior
4. Electric Supply Co. a division of Rose Electric Supply, Inc., by delivering by hand a copy of the
5. summons and complaint to the California Secretary of State as provided under California law;
6. and that a copy of the Summons, Complaint and this Order will be mailed to Superior Electric
7. Supply Co. a division of Rose Electric Supply, Inc., in the event that the identity and address of
8. the registered agent or other appropriate representative for service are ascertained before the
9. expiration of the time herein prescribed for service.
10.     IT IS SO ORDERED.
11. DATED:  June 28, 2013.

_____
UNITED STATES DISTRICT JUDGE