IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cv-00590-KJM-DAD |
| Plaintiff, ) | |
| ) | **ORDER GRANTING EX PARTE** |
| v. ) | **APPLICATION FOR LEAVE TO** |
| ) | **SERVE DEFENDANT SUPERIOR** |
| HARVEY M. ABERNATHY; JULIE D. ) | **ELECTRIC SUPPLY CO. a division of** |
| ABERNATHY; STATE OF CALIFORNIA ) | **ROSE ELECTRIC SUPPLY, INC. BY** |
| EMPLOYMENT DEVELOPMENT ) | **SERVICE UPON THE CALIFORNIA** |
| DEPARTMENT; LIVINGSTON & ) | **SECRETARY OF STATE** |
| MATTESICH LAW CORP.; SUPERIOR ) | |
| ELECTRIC SUPPLY CO. a division of ) | |
| ROSE ELECTRIC SUPPLY, INC.; ) | |
| COLORADO COMPENSATION ) | |
| INSURANCE AUTHORITY AKA ) | |
| PINNACOL ASSURANCE; and SAN ) | |
| JOAQUIN COUNTY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having considered the United States' Ex-Parte Application to Serve Superior Electric

Supply Co. a division of Rose Electric Supply, Inc. by serving the California Secretary of State,

Order on Ex Parte Application for Service by Secretary of State   1
(Case No  2:13-cv-00590-KJM-DAD)

1  as good cause being shown and having determined that the application satisfies the conditions for

2  service of process on the Secretary of State set forth in California Corporations Code § 1702(a),

3  it is ORDERED that the United States has to and through July 24, 2013 to serve Superior

4  Electric Supply Co. a division of Rose Electric Supply, Inc., by delivering by hand a copy of the

5  summons and complaint to the California Secretary of State as provided under California law;

6  and that a copy of the Summons, Complaint and this Order will be mailed to Superior Electric

7  Supply Co. a division of Rose Electric Supply, Inc., in the event that the identity and address of

8  the registered agent or other appropriate representative for service are ascertained before the

9  expiration of the time herein prescribed for service.

10       IT IS SO ORDERED.

11  DATED:  June 28, 2013.

13                                                   UNITED STATES DISTRICT JUDGE