UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY ABERNATHY, et al.,<br><br>Defendants. | Civ. No. S-13-0590 KJM DAD<br><br><br><br>ORDER |

This case was on calendar on December 20, 2013 for a status hearing. Adam Smart appeared telephonically for the plaintiff; Jason Perisho appeared telephonically for defendants Harvey and Julie Abernathy. After considering the parties' stipulation and presentation, the court enters the following orders:

1. The remaining dates set in the court's pretrial scheduling order, ECF No. 19, are hereby vacated;

2. Upon the parties' waiver of conflict, the case is set for a settlement conference before the Honorable Dale A. Drozd on March 6, 2014 at 10:00 a.m. in Courtroom Number Eight;

/////

/////

/////

1

3. The case is set for a further status conference before the undersigned on April 3, 2014 at 2:30 p.m. in Courtroom Number Three; this status will be vacated if the parties settle before this date.

IT IS SO ORDERED.

Dated: December 24, 2013.

_____
UNITED STATES DISTRICT JUDGE