UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CV-0590 KJM DAD |
| Plaintiff, | |
| v. | ORDER |
| HARVEY ABERNATHY, et al., | |
| Defendants. | |

        This case was on calendar on December 20, 2013 for a status hearing. Adam Smart appeared telephonically for the plaintiff; Jason Perisho appeared telephonically for defendants Harvey and Julie Abernathy. After considering the parties' stipulation and presentation, the court enters the following orders:

        1. The remaining dates set in the court's pretrial scheduling order, ECF No. 19, are hereby vacated;

        2. Upon the parties' waiver of conflict, the case is set for a settlement conference before the Honorable Dale A. Drozd on March 6, 2014 at 10:00 a.m. in Courtroom Number Twenty-Seven, 8th Floor. The parties are directed to submit their confidential settlement conference statements to the court using the following email address: dadorders@caed.uscourts.gov. Statements are due at least seven days prior to the Settlement Conference. Each party is reminded of the requirement that it be represented in person at the

1

settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270; and

        3.  The case is set for a further status conference before the undersigned on April 3, 2014 at 2:30 p.m. in Courtroom Number Three, 15th Floor; this date will be vacated if the parties settle before this date.

        IT IS SO ORDERED.

DATED: January 8, 2014.

_____
UNITED STATES DISTRICT JUDGE