UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARVEY M. ABERNATHY, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0590 KJM DAD<br><br><br><br>ORDER |

　　　　The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19).

　　　　On August 18, 2014, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and plaintiff has not filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2014 (Dkt. No. 62) are adopted in full;

2. Plaintiff's motion for default judgment (Dkt. No. 22) is granted;

3. Default judgment is entered against defendant the State of California Employment Development Department, defendant Colorado Compensation Insurance Authority, aka Pinnacol Assurance, and defendant Superior Electric Supply Company, a division of Rose Electric Supply, Inc.;

4. Neither defendant Colorado Compensation Insurance Authority, aka Pinnacol Assurance, nor defendant Superior Electric Supply Company, a division of Rose Electric Supply, Inc., has an interest in the Blackswain Property; and

5. The interest of defendant the State of California Employment Development Department in the Blackswain Property by virtue of its state tax lien is inferior to that of the United States by virtue of its federal tax liens.

DATED: September 29, 2014.

_____
UNITED STATES DISTRICT JUDGE