UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  ,<br><br>                          Plaintiff,<br><br>       v.<br><br>Abernathy, et al.,<br><br>                          Defendant. | Case No. 2:13-cv-00590 KJM DAD<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:


State of California Employment Development Department, Colorado Compensation Insurance Authority, aka Pinnacol Assurance, and Superior Electric Supply Company, a division of Rose Electric Supply, Inc.


Date: September 29, 2014                           MARIANNE MATHERLY, CLERK

                                                   By: /s/  G. Michel
                                                   Deputy Clerk